**Clarence L. BUHL, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7100.

United States Court of Appeals, Federal Circuit.

March 11, 2008.

## ON MOTION

### ORDER

Upon consideration of Clarence L. Buhl's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All pending motions are deemed moot.

(3) All sides shall bear their own costs.